JS - 6/ENTER

FILED
MAR - 1 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MICHAEL A. CABALLERO,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN MARSHALL, et al.,<br><br>    Defendants. | Case No.  CV 09-8009-ODW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: February 24, 2010

_____
Otis D. Wright, II
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR - 1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY